**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**GREATER FALLS DIVISION**

| | | |
|---|---|---|
| JOHN ANDREW LYNN,<br>Plaintiff, | )<br>)<br>) | Cause No. 4:25-cv-00077-JTJ |
| | )<br>)<br>) | Order Awarding Attorney's Fees<br>pursuant to 42 U.S.C. § 406(b) |
| v. | )<br>)<br>) | |
| COMMISSIONER OF<br>SOCIAL SECURITY,<br>Defendant. | )<br>)<br>) | |

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), (Doc. 19) IT IS HEREBY ORDERED Eric Rasmusson, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $ 33,701.25 (or 25% of Plaintiff's past-due benefits). Plaintiff's counsel will reimburse Plaintiff any fees he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C.

DATED this 24th day of July 2026.

_____
John Johnston
United States Magistrate Judge

[Proposed Order proffer: Zachary J. Berkoff-Cane, Esq.]